No. 735. ROGERS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Hayden C. Covington* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 739. THOMPSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Mary M. Kaufman* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Yeagley* and *Philip R. Monahan* for the United States.

No. 748. PALERMO v. STOCKTON THEATRES, INC. Supreme Court of California. Certiorari denied. *Forrest E. Macomber* for petitioner.

No. 750. DAVID v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *James C. Herndon, Sam D. Bartlo* and *Alan Y. Cole* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph F. Goetten* for the United States.

No. 754. TAFT HOTEL CORP. v. HOUSING AND HOME FINANCE AGENCY ET AL. C. A. 2d Cir. Certiorari denied. *Leo E. Sherman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the Housing and Home Finance Agency et al., and *William R. Murphy* for O'Brion et al., respondents.

No. 755. HAGANS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *J. Sewell Elliott* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.